1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC JEFFREY NELSON,                    No.  2:14-cv-0586 AC P

12            Plaintiff,

13         v.                               ORDER

14  HIGH DESERT STATE PRISON,

15            Defendant.

16

17         Plaintiff, a former prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.  Plaintiff has paid the filing fee for this action.

19         The federal venue statute provides that a civil action "may be brought in (1) a judicial

20  district in which any defendant resides, if all defendants are residents of the State in which the

21  district is located, (2) a judicial district in which a substantial part of the events or omissions

22  giving rise to the claim occurred, or a substantial part of property that is the subject of the action

23  is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

24  this action, any judicial district in which any defendant is subject to the court's personal

25  jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

26         In this case, the defendant(s) are located and the claim arose in Clark County, which is in

27  the District of Nevada.  Therefore, plaintiff's claim should have been filed in the United States

28  District Court for the District of Nevada-Las Vegas.  In the interest of justice, a federal court may

1

transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);

Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

States District Court for the District of Nevada-Las Vegas.

DATED: March 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2